UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAVIER CRUZ, ON BEHALF OF HIMSELF AND ALL OTHER PERSONS SIMILARLY SITUATED

Plaintiff(s)/Petitioner(s)

- against -

BACK STAGE DELI, INC.

Defendant(s)/Respondent(s)

INDEX #: 07 CIV 6923
DATE FILED: 08/01/2007

JUDGE: KOELTL

STATE OF NEW YORK: COUNTY OF NASSAU: ss:

TONY CONIGLIARO, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK

That on 08/09/2007, 10:03AM at 807 LEXINGTON AVENUE, NEW YORK NY 10021, deponent served the within SUMMONS IN A CIVIL ACTION & COMPLAINT & JURY DEMAND on BACK STAGE DELI, INC., a defendant in the above action.

By delivering to and leaving with LOUIS KALAIKZIS at the above address and that he knew the person so served to be the managing agent of the corporation.

DEPONENT DESCRIBES THE INDIVIDUAL SERVED AS FOLLOWS:
Sex M   Approximate age 49   Approximate height 5'06"   Approximate weight 178   Color of skin WHITE   Color of hair GREY BLACK
Other MUSTACHE, ACCENT

THE LAW OFFICE OF
JUSTIN A. ZELLER

840 WEST END AVENUE
APARTMENT #4B
NEW YORK, NY 10025
(212)897-5859

TONY CONIGLIARO / License # 1220476

Sworn to before me on 08/10/2007
MAUREEN MCCAFFREY NO.01MC5018583
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN SUFFOLK COUNTY
COMMISSION EXPIRES OCTOBER 4, 2009

APPLE ATTORNEY SERVICE, PO BOX 470, MINEOLA NY 11501-04
Phone: 516-742-0077 * Fax: 516-742-4726