UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JAVIER CRUZ, on behalf of himself
and all other persons similarly situated

                Plaintiff,

                                              07 Civ 6923

      -against-

BACK STAGE DELI, Inc., a New York
corporation,
                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## RULE 7.1 DISCLOSURE STATEMENT

    Pursuant to Rule 7.1 defendant identifies DRIMIA , INC., a New York corporation.


                                                _____/s/_____
                                              ROBERT KOPPELMAN   rk1132

                                              Attorney for Defendant
                                              585 West End Avenue
                                              New York, NY 10024