Koeltl, J

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/4/2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
JAVIER CRUZ, on behalf of himself and all other
persons similarly situated       :

                Plaintiff,       :

        -against-       :

BACK STAGE DELI, INC., a New York       :    07 CV 6923
corporation,       :    (Kcoltl, J.) (Freeman, M.J.)

                Defendant.       :
-------------------------------------------------------X

    IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties that the above caption be changed to reflect the official corporate name of Defendant. The caption shall be henceforth appear as follows:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
JAVIER CRUZ, on behalf of himself and all other
persons similarly situated       :

                Plaintiff,       :

        -against-       :

DRIMIA INC, d/b/a BACK STAGE DELI, INC.,       :
a New York corporation,       :    07 CV 6923
                :    (Keoltl, J.) (Freeman, M.J.)

                Defendant.       :
-------------------------------------------------------X

THE LAW OFFICE OF
JUSTIN A. ZELLER, P.C.
Counsel for Plaintiff
251 West 14th Street
New York, NY 10011
(212) 229-2249
(212) 229-2246-fax

By: /s/ Justin A. Zeller
Justin A. Zeller, Esq.
JZ 7094

THE LAW OFFICE OF
ROBERT KOPPELMAN
Counsel for Defendant
585 West End Avenue
New York, NY 10024
212-577-6580

By: /s/ R Koppelman
Robert Koppelman
RK 1132

SO ORDERED:

/s/ John G. Koeltl
Hon. John G. Koeltl
U.S.D.J.

1/3/08