UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JAVIER CRUZ,

                Plaintiff,

   - against -

DRIMIA, INC. d/b/a BACK STAGE DELI, INC.

                Defendant.

---

07 Civ. 6923 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The defendant shall respond to the plaintiff's written discovery requests by **May 9, 2008**. Discovery should be completed by **June 6, 2008**. Dispositive motions, if any, are to be completed by **June 27, 2008**. A joint pretrial order, together with any motions in limine, shall be submitted by **July 7, 2008**. The parties shall be ready for trial on **48** hours notice on or after **August 1, 2008**.

SO ORDERED.

Dated: New York, New York
      April 4, 2008

                                  John G. Koeltl
                              United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/10/08