THE LAW OFFICE OF JUSTIN A. ZELLER, P.C.
251 WEST 14TH STREET, 5TH FLOOR
NEW YORK, NY 10011
PHONE (212) 229-2249
FAX (212) 229-2246
EMAIL JAZELLER@ZELLERLEGAL.COM

September 3, 2008

**VIA FAX**
(212) 805-7912
Hon. John G. Koeltl
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1030
New York, NY 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/03/08

Re:  Morales et al v. Drimia d/b/a Backstage Deli
     Docket No. 07 cv 6923

Dear Judge Koeltl,

I represent plaintiffs in the above-referenced matter. I write to request an adjournment of today's conference scheduled for 4:30 PM.

I apologize for the extremely late nature of the request but opposing counsel is out of town and cannot attend the conference. I must also take responsibility in that I failed to inform opposing counsel until very recently.

As alternative dates, counsel request that the conference be rescheduled to either Monday, September 15, or the afternoon of Tuesday, September 16.

Thank you very much for Your consideration.

Respectfully submitted,

/S Justin A. Zeller
Justin A. Zeller

Cc: Robert Koppelman, counsel for defendant, via email at robertkoppelman@yahoo.com

*Conference rescheduled to 9/16/08 at 4:30 P.M. No further adjournments without an affidavit showing good cause. So Ordered.*
*9/3/08*
*[signature] U.S.D.J.*