UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CRUZ,

                            Plaintiff(s),

              -against-

DRIMIA, INC.,

                          Defendant(s).
------------------------------------------------------------X

07 civ 6923 (JGK)

**ORDER CLOSING CASE**

**JOHN G. KOELTL, DISTRICT JUDGE:**

This action is ordered closed on the active docket of this Court without prejudice to reopening of this matter within 30 days after the date of disposition of the bankruptcy proceeding by the defendant.

**SO ORDERED.**

                                                           JOHN G. KOELTL
                                               UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       October 13, 2009

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/14/09